United States District Court
Southern District of Texas
**ENTERED**
October 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NGOMA GUY PRINCE ROCARD, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-364 |
| | § | |
| WARDEN, PORT ISABEL DETENTION CENTER, | § | |
| | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Ngoma Guy Prince Rocard seeks his release from immigration detention, alleging a claim under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Pet., Doc. 1) Respondents move for summary judgment as to each of Petitioner's claims. (MSJ, Doc. 15)

In September 2026, based on the record and the applicable law, a United States Magistrate Judge issued a Report and Recommendation recommending that the Court deny as moot Petitioner's request for a petition for writ of habeas corpus. (R&R, Doc. 17) No party objected to the Report and Recommendation.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 17). It is:

**ORDERED** that Petitioner Ngoma Guy Prince Rocard's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **DENIED**; and

**ORDERED** that Respondents' Motion for Summary Judgment (Doc. 15) is **DENIED AS MOOT**.

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on October 5, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge